**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1411**

DE' ANDRE STARNES,

             Plaintiff - Appellant,

      v.

GILBARCO VEEDER-ROOT,

             Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:15-cv-01002-WO-LPA)

Submitted:  July 24, 2017                                    Decided:  August 4, 2017

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

De' Andre Starnes, Appellant Pro Se.  James Marion Powell, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

De' Andre Starnes appeals the district court's order granting summary judgment to his former employer. We have reviewed the record and find no reversible error. Accordingly, we grant Starnes' motion for leave to file an amended informal brief, deny the motion to appoint counsel, and affirm for the reasons stated by the district court. *Starnes v. Veeder-Root*, No. 1:15-cv-01002-WO-LPA (M.D.N.C. Mar. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*